UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS,

           Plaintiff,

  v.

UNITED SALVAGE CORP. OF
AMERICA,

           Defendant.

Case No. 1:23-cv-12810

**COMPLAINT**

### INTRODUCTION

1. For at least the last five years, United Salvage Corp. of America ("Framingham Salvage" or the "Company") has discharged polluted industrial stormwater from its scrap metal recycling facility at 120 Waverly Street, Framingham, Massachusetts (the "Facility"). Defendant's stormwater discharges violate the federal Clean Water Act. 33 U.S.C. §§ 1251-1387 (the "Clean Water Act" or "the Act") and the terms of a stormwater permit ("Stormwater Permit") issued by the United States Environmental Protection Agency ("EPA") under the Act.

2. Framingham Salvage discharges polluted industrial stormwater from the Facility into Beaver Dam Brook via catch basins that are part of the City of Framingham's municipal separate storm sewer system ("Framingham MS4").

3. The Company has not properly monitored its stormwater discharges because it has failed to sample from all of its discharge locations or "outfalls." But even its own incomplete sampling results show concentrations of pollutants, including chemical oxygen demand ("COD"), total suspended solids ("TSS"), and heavy metals, that are significantly higher than benchmark

standards established by EPA. Framingham Salvage's failure to take adequate corrective action to eliminate these excessive pollutant discharges and to otherwise properly control and monitor the quality of its stormwater discharges violate the Stormwater Permit and the Act.

4. The Commonwealth of Massachusetts ("Commonwealth") therefore brings this civil suit to enforce the requirements of the Act. The Commonwealth seeks injunctive relief, civil penalties, reimbursement of its reasonable costs, including attorney fees, and other relief the Court deems appropriate to redress Framingham Savage's illegal discharges of pollution.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over the parties and the subject matter of this action pursuant to Section 505(a)(1)(A) of the Act, 33 U.S.C. § 1365(a)(1)(A), and 28 U.S.C. § 1331 (an action arising under the laws of the United States).

6. On October 26, 2022, the Commonwealth provided notice of Framingham Salvage's violations of the Clean Water Act and of its intention to file suit against Framingham Salvage (the "Notice Letter") to the Administrator of EPA, the Administrator of EPA Region 1, the Commissioner of the Massachusetts Department of Environmental Protection ("MassDEP"), and to Framingham Salvage as required by the Act at 33 U.S.C. § 1365(b)(1)(A).

7. More than sixty days have passed since notice was served.

8. This action is not barred by any prior state or federal enforcement action addressing the violations alleged in this Complaint.

9. The Commonwealth has an interest in protecting for itself and its residents the integrity of the Massachusetts environment including its waters, and the related health, safety, economic, recreational, aesthetic, and environmental interests those waters provide. Polluted stormwater is the leading cause of water quality impairment in Massachusetts.

10. The Commonwealth has an interest in obtaining timely and accurate information concerning pollutant discharges into the Commonwealth's waters, as is required by the Act.

11. The interests of the Commonwealth have been, are being, and will continue to be adversely affected by Framingham Salvage's failure to comply with the Clean Water Act as alleged in this Complaint. Framingham Salvage's violations harm water quality in the Commonwealth and deprive the Commonwealth of essential information concerning water quality. The requested relief will redress the harms to the Commonwealth caused by Framingham Salvage's activities. Framingham Salvage's continuing acts and omissions, as alleged in this Complaint, will irreparably harm the Commonwealth, for which harm it has no plain, speedy, or adequate remedy at law.

12. Venue is proper in the District Court of Massachusetts pursuant to Section 505(c)(1) of the Act, 33 U.S.C. § 1365(c)(1), because the source of the violations is located within this judicial district.

**PARTIES**

13. Plaintiff is the Commonwealth, appearing by and through the Attorney General.

14. The Attorney General is the chief law officer of the Commonwealth, with an office at One Ashburton Place, Boston, Massachusetts. She is authorized to bring this action and to seek the requested relief under Mass. Gen. Laws c. 12, §§ 3 and 11D.

15. Defendant, United Salvage Corp. of America, doing business as Framingham Salvage Corp., is a domestic corporation with its principal address listed as 120 Waverly Street, Framingham, Massachusetts 01701.

## STATUTORY BACKGROUND

### Federal Clean Water Act Requirements

16.     The Clean Water Act makes the discharge of pollution into waters of the United States unlawful unless the discharge complies with certain statutory requirements, including the requirement that the discharge be permitted by EPA under the National Pollutant Discharge Elimination System ("NPDES"). *See* Sections 301(a), 402(a) and 402(p) of the Act, 33 U.S.C. §§ 1311(a), 1342(a) and 1342(p).

17.     During every rain or snowmelt event, runoff flows over the land surface, picking up potential pollutants such as sediment, organic matter, nutrients, metals and petroleum by-products. Polluted stormwater runoff can be harmful to plants, animals, and people.

18.     To minimize polluted stormwater discharges from industrial facilities, EPA has issued the Stormwater Permit under the NPDES program. EPA first issued the Stormwater Permit in 1995 and reissued it in 2000, 2008, 2015, and 2021. *See* 60 Fed. Reg. 50,804 (Sept. 29, 1995); 65 Fed. Reg. 64,746 (Oct. 30, 2000); 73 Fed. Reg. 56,572 (Sept. 29, 2008); 80 Fed. Reg. 34,403 (June 4, 2015); 86 Fed. Reg. 10,269 (Feb 19, 2021). Citations herein are to the 2021 Stormwater Permit, which is the same for all relevant purposes as the 2015 version, except that the 2021 revision does not require scrap metal recycling facilities to monitor their stormwater for the presence of iron.

19.     Scrap recycling facilities like Framingham Salvage that discharge industrial stormwater to waters of the United States directly or through a municipal separate storm sewer system are subject to the requirements of this Stormwater Permit. Stormwater Permit, Appendix D-4 (Sector N).

4

20.    The Stormwater Permit requires these facilities to, among other things:

a.    prepare a stormwater pollution prevention plan ("SWPPP") that includes a site description and site plan depicting the entire facility and all of its outfalls, as well as the other elements required by the Stormwater Permit (Stormwater Permit, Sections 6, 6.2.2, and 8.N.4);

b.    submit to EPA a Notice of Intent ("NOI") to be covered by the Stormwater Permit that among other things lists all stormwater outfalls by a unique three-digit code and corresponding latitude and longitude coordinates (Stormwater Permit, Section 1.3.2);

c.    select, design, install, and implement pollutant control measures that minimize pollutants in stormwater discharges (Stormwater Permit, Sections 2.1 and 8.N.3.1);

d.    collect and analyze stormwater samples for compliance with EPA benchmarks that apply to scrap recycling facilities, including for COD, TSS, aluminum, copper, lead, and zinc (Stormwater Permit, Sections 4 and 8.N.7);

e.    report all monitoring data to EPA within mandatory deadlines (Stormwater Permit, Section 7);

f.    conduct routine facility inspections and quarterly visual assessments to, among other things, sample and assess the quality of the facility's stormwater discharges, ensure that stormwater control measures required by the permit are functioning correctly and are adequate to minimize pollutant discharge, and ensure timely corrective actions are taken when they are not (Stormwater Permit, Sections 3.1 and 3.2);

g.    comply with any additional inspection requirements applicable to scrap recycling facilities (Stormwater Permit, Section 8.N.5);

h.    conduct and document corrective action and additional implementation measures within mandatory timelines to expeditiously eliminate excessive stormwater pollution whenever required by the permit (Stormwater Permit, Section 5); and

i.    timely prepare and submit to EPA annual reports that include findings from the facility inspections and visual assessments and the documentation of corrective actions (Stormwater Permit, Section 7.4).

*Citizen Suit Provision of the Federal Clean Water Act*

21.    Section 505(a)(1) of the Act authorizes citizen enforcement actions by any "person" against any "person," including individuals, corporations, or partnerships, for violations of NPDES permit requirements and for unpermitted discharges of pollutants. 33 U.S.C. §§ 1365(a)(1) and (f), 1362(5).

22.    The Commonwealth is a "person" having an interest which is or may be adversely affected by violations of NPDES permit requirements and for unpermitted discharges of pollutants. *See* 33 U.S.C. § 1365(g).

23.    Under Section 505 of the Act, this Court has authority to enjoin Framingham Salvage's violations of the Act's prohibition on unauthorized discharges of pollutants and to require the Company to comply with the Stormwater Permit. The Court also has authority to impose penalties of up to $64,618 per day for each of the Company's prior violations. *See* 33 U.S.C. §§ 1365(a) and 1319(d); 40 C.F.R. § 19.4; 88 Fed. Reg. 989 (Jan. 6, 2023).

## STATEMENT OF FACTS

### Description of Facility Activities and Discharge of Pollutants

*Facility Activities*

24.    Framingham Salvage has been operating since 1965. The Facility includes a yard, office, operations buildings, equipment, and large stockpiles of scrap metals, vehicles, and other materials for recycling.

25.    Framingham Salvage stores containers on a satellite facility at 327 West Central Street in Natick, Massachusetts.

26.    The Facility is located in a community that has historically been disproportionately impacted by environmental harms and risks.

6

27.    The Facility is adjacent to several residential properties.

28.    On or around September 1, 2015, Framingham Salvage submitted a Notice of Intent to be covered by the Stormwater Permit. This Notice of Intent did not include all outfalls. The Notice of Intent designates one Outfall, "Outfall 001," with GPS coordinates listed as +42.278500, -71.404500. The location of Outfall 001 is depicted in Paragraph 37.

29.    Framingham Salvage acquires and stockpiles non-ferrous and ferrous unprocessed metal, final products, and waste materials ("Industrial Material") at the Facility and then processes them. These materials contain numerous pollutants, including COD, TSS, lead, zinc, aluminum, and copper.

30.    Framingham Salvage's operations include scrap metal pickup and transportation, scrap metal services for tradesmen, industrial scrap metal purchasing, demolition company scrap metal salvage, municipal metal recycling services, and scrap metal services for homeowners.

31.    Framingham Salvage moves Industrial Material around the Facility, dropping it into large piles, in uncovered containers, and onto the ground.

32.    Industrial Material that Framingham Salvage places or drops on the ground mixes with other sediments on the ground.

33.    Pollutants, including COD, TSS, lead, zinc, aluminum, copper, oil, and grease discharged from activities at the Facility, are picked up by vehicle tires and tracked around the Facility and off the Facility onto Morton Street.

34.    During every rain or snowmelt event, stormwater runoff flows over Industrial Materials, containers, vehicles, equipment, the ground surface at the Facility, and sediment tracked from the Facility onto Morton Street.

35.     Framingham Salvage discharges polluted runoff into a catch basin on Morton Street ("Morton Street Catch Basin"). The Morton Street Catch Basin discharges to Beaver Dam Brook via the Framingham MS4.

36.     Framingham Salvage did not list the Morton Street Catch Basin as an outfall on its Notice of Intent to be covered by the Stormwater Permit.

37.     The following October 12th, 2021, aerial photo, annotated by the Attorney General's Office, identifies the location the Morton Street Catch Basin and shows the direction of stormwater flow across and off of the Facility with red arrows.



38.     The following August 2019 Google Earth street-view photo, annotated by the Attorney General's Office, shows, with red arrows, the path of sediment and stormwater from the Facility into the Morton Street Catch Basin (circled in red).



Map Legend
O   Catch basin
→   Direction of stormwater

39.     During the rain events listed on Exhibit A, Framingham Salvage has discharged polluted stormwater from the Facility into Beaver Dam Brook via the Framingham MS4.

40.     Stormwater discharges from the Facility contain a myriad of pollutants including lead, zinc, iron,[1] aluminum, copper, COD, and TSS.

*Excessive Pollutants in Stormwater Discharges from Facility*

41.     Framingham Salvage's monitoring reports consistently show that pollutants in its stormwater discharges to Outfall 001 exceed by large amounts EPA benchmark limits for lead, zinc, iron,[2] aluminum, copper, COD, and TSS. These persistent exceedances demonstrate a failure to comply with the essential elements of the Stormwater Permit, including but not limited to the requirements to implement appropriate pollutant control measures and institute adequate corrective

---

[1] The 2021 revision of the Stormwater Permit no longer requires that scrap metal facilities monitor for the presence of iron in their stormwater.

[2] *See supra*, footnote 1.

action. The following Table sets forth Framingham Salvage's benchmark exceedances at the

Facility during the last five years.

**Table 1**
**Benchmark Exceedances at the Facility During Last Five Years**

| Outfall | Quarter End Date | Parameter | EPA Benchmark Value | Amount in Sample | Percentage of benchmark |
|---|---|---|---|---|---|
| 001 | 6/30/2017 | Iron | 1 mg/L | 1.60 mg/L | 60 % |
| 001 | | COD | 120 mg/L | 150 mg/L | 25 % |
| 001 | 9/30/2017 | Iron | 1 mg/L | 8.9 mg/L | 790 % |
| 001 | | Copper | 15.6 µg/L | 19 µg/L | 22 % |
| 001 | | Zinc | 0.130 mg/L | 0.25 mg/L | 92 % |
| 001 | 3/31/2018 | Iron | 1 mg/L | 51 mg/L | 5000 % |
| 001 | | Aluminum | 0.75 mg/L | 8 mg/L | 967 % |
| 001 | | Copper | 15.6 µg/L | 530 µg/L | 3297 % |
| 001 | | Zinc | 0.130 mg/L | 3.4 mg/L | 2515 % |
| 001 | | TSS | 100 mg/L | 320 mg/L | 220 % |
| 001 | | COD | 120 mg/L | 420 mg/L | 250 % |
| 001 | | Lead | 0.095 mg/L | 1 mg/ L | 953 % |
| 001 | 6/30/2018 | Copper | 15.6 µg/L | 36 µg/L | 131 % |
| 001 | 9/30/2018 | Zinc | 0.130 mg/L | 0.375 mg/L | 188 % |
| 001 | | Iron | 1 mg/L | 3.2 mg/L | 221 % |
| 001 | | Copper | 15.6 µg/L | 38 µg/L | 144 % |
| 001 | | COD | 120 mg/L | 186 mg/L | 55 % |
| 001 | 12/31/2018 | Iron | 1 mg/L | 1.17 mg/L | 17 % |
| 001 | 3/31/2019 | Iron | 1 mg/L | 1.75 mg/L | 75 % |
| 001 | | Copper | 15.6 µg/L | 52 µg/L | 233 % |
| 001 | | Zinc | 0.130 mg/L | 0.222 mg/L | 71 % |
| 001 | | COD | 120 mg/L | 372 mg/L | 210 % |
| 001 | 6/30/2019 | Iron | 1 mg/L | 18.6 mg/L | 1760 % |
| 001 | | COD | 120 mg/L | 372 mg/L | 210 % |
| 001 | 9/30/2019 | Copper | 15.6 µg/L | 27 µg/L | 73 % |
| 001 | | Zinc | 0.130 mg/L | 0.138 mg/L | 6 % |
| 001 | | Iron | 1 mg/L | 1.19 mg/L | 19 % |
| 001 | | COD | 120 mg/L | 223 mg/L | 86 % |
| 001 | 12/31/2019 | Copper | 15.6 µg/L | 32 µg/L | 105 % |
| 001 | | Zinc | 0.130 mg/L | 0.190 mg/L | 46 % |
| 001 | | Iron | 1 mg/L | 1.35 mg/L | 35% |
| 001 | | COD | 120 mg/L | 524 mg/L | 337% |

| Outfall | Quarter End Date | Parameter | EPA Benchmark Value | Amount in Sample | Percentage of benchmark |
|---|---|---|---|---|---|
| 001 | 3/31/2020 | Copper | 15.6 µg/L | 96 µg/L | 515 % |
| 001 | | Zinc | 0.130 mg/L | 0.243 mg/L | 87 % |
| 001 | | Iron | 1 mg/L | 5.49 mg/L | 449 % |
| 001 | | COD | 120 mg/L | 638 mg/L | 432 % |
| 001 | 6/30/2020 | Copper | 15.6 µg/L | 61 µg/L | 291 % |
| 001 | | Zinc | 0.130 mg/L | 0.358 mg/L | 175 % |
| 001 | | Iron | 1 mg/L | 3.14 mg/L | 214 % |
| 001 | 12/31/2020 | Copper | 15.6 µg/L | 76 µg/L | 387 % |
| 001 | | Zinc | 0.130 mg/L | 1.36 mg/L | 946 % |
| 001 | | Iron | 1 mg/L | 5.39 mg/L | 439 % |
| 001 | | COD | 120 mg/L | 1080 mg/L | 800 % |
| 001 | 3/31/2021 | Copper | 15.6 µg/L | 189 µg/L | 1112 % |
| 001 | | Zinc | 0.130 mg/L | 1.55 mg/L | 1092 % |
| 001 | | Iron | 1 mg/L | 10.6 mg/L | 960 % |
| 001 | | COD | 120 mg/L | 1160 mg/L | 867 % |
| 001 | 9/30/2021 | Copper | 5.19 µg/L | 69 µg/L | 1229 % |
| 001 | | Zinc | 0.132 mg/L | 0.297 mg/L | 125 % |
| 001 | | COD | 120 mg/L | 270 mg/L | 125 % |
| 001 | 12/31/2021 | Aluminum | 1.1 mg/L | 1.78 mg/L | 62 % |
| 001 | | Copper | 5.19 µg/L | 52 µg/L | 902 % |
| 001 | | Zinc | 0.132 mg/L | 0.297 mg/L | 125 % |
| 001 | | TSS | 100 mg/L | 144 mg/L | 44 % |
| 001 | 3/31/2022 | COD | 120 mg/L | 410 mg/L | 242 % |
| 001 | | Copper | 5.19 µg/L | 67 µg/L | 1191 % |
| 001 | | Zinc | 0.132 mg/L | 0.425 mg/L | 222 % |

*Inadequate Monitoring and Reporting of Stormwater Discharges from Facility*

42.     Framingham Salvage has failed to perform monitoring and submit to EPA benchmark monitoring reports on the quantity of pollutants in stormwater that it discharges to the Morton Street Catch Basin.

**Framingham Salvage's Violations of the Stormwater Permit at the Facility**

43.     Framingham Salvage has violated the Stormwater Permit for at least the last five years by failing to do the following with respect to its Facility:

a.  prepare a SWPPP for the Facility that, among other things, includes a site description and site plan depicting the entire facility and all of its outfalls, including the Morton Street Catch Basin (violation of Stormwater Permit, Section 6.2.2);

b.  submit to EPA an NOI that lists all stormwater outfalls, including the Morton Street Catch Basin, by a unique 3-digit code and corresponding latitude and longitude coordinates (violation of Stormwater Permit, Section 1.3.2);

c.  select, design, install, and implement pollutant control measures that minimize pollutants in stormwater discharges (violation of Stormwater Permit, Sections 2.1 and 8.N.3.1);

d.  collect and analyze stormwater samples at the Morton Street Catch Basin for compliance with EPA benchmarks that apply to scrap recycling facility, including for COD, TSS, aluminum, copper, lead, and zinc (violation of Stormwater Permit, Sections 4 and 8.N.7);

e.  report all monitoring data for samples at the Morton Street Catch Basin to EPA within mandatory deadlines (violation of Stormwater Permit, Section 7);

f.  appropriately conduct routine facility inspections and quarterly visual assessments to, among other things, sample and assess the quality of the Facility's stormwater discharges, ensure that stormwater control measures required by the permit are functioning correctly and are adequate to minimize pollutant discharge, and ensure timely corrective actions are taken when they are not (violation of Stormwater Permit, Sections 3.1., 3.2, and 8.N.5); and

g.  conduct and document adequate corrective action and additional implementation measures within mandatory timelines to expeditiously eliminate excessive stormwater pollution whenever required by the permit (violation of Stormwater Permit, Section 5).

**Affected Resources and Impacts From Framingham Salvage's Discharges**

44.    The Facility discharges its stormwater via the Framingham MS4 into Beaver Dam Brook, the largest tributary of and largest single source of nutrient loads into Lake Cochituate. Lake Cochituate is a popular destination for swimming, boating, fishing, hiking, and picnicking. Cochituate State Park on the bank of the lake provides public open space and lake access. The Commonwealth has designated Lake Cochituate as "Core Habitat" essential to ensuring the long-

12

term persistence of species of conservation concern. The Eastern Pondmussel (*Ligumia nasuta*), a freshwater mussel, is categorized as a "species of special concern"[3].

45.     Lead is commonly used as an additive in the steel-making process to improve the machinability of the steel. It may be present in the coatings on scrap metal (paints, hot dips, etc.) or it may be present as pure metal, an alloy, or its oxides. Lead on the surfaces of scrap metal is picked up in stormwater and can adversely impact water quality. Lead also poses a significant threat to human health and safety.  Adverse effects of lead in water on aquatic species occur at very low concentrations and include reduced survival, impaired reproduction, and reduced growth. Even at low levels, lead may cause a range of human health effects, including learning disabilities, kidney problems, and high blood pressure. Children are particularly vulnerable to impacts from lead contamination.

46.     Zinc is used in metal alloys such as brass, nickel silver, and aluminum solder, and is used in metal galvanizing, a process of applying a coating to steel or iron to slow the rate of corrosion. Adverse effects of excessive dissolved zinc among aquatic species include altered behavior, blood and serum chemistry, impaired reproduction, and reduced growth.

47.     Aluminum is the most widely recycled nonferrous metal. Sources of aluminum in a metal scrap yard may include left-over material from industrial processes (e.g., aluminum left over when can lids are punched out of sheets), or aluminum from building siding or fixtures. Elevated levels of aluminum can affect some species' ability to regulate ions, like sodium and chloride, and

---

[3] Massachusetts Department of Fish & Game, Division of Fisheries & Wildlife and The Nature Conservancy, BioMap2: Conserving the Biodiversity of Massachusetts in a Changing World (2010).

inhibit respiratory functions, like breathing. Aluminum can accumulate on the surface of a fish's gill, leading to respiratory dysfunction, and possibly death.

48.     Copper is used in a variety of applications such as pipes, electrical components, and electric wires. The storage and processing of these components can lead to contamination of stormwater runoff at scrap yard facilities. The melding or grinding of copper metal may increase the presence of copper dust. Copper at high concentrations has a negative impact on fish and wildlife and may impact predator avoidance behaviors, growth, and migration.

49.     COD is a measurement of organic matter in water. Excessive discharges of organic matter pose a risk of harm to water quality and aquatic life. When high levels of organic matter are discharged to a waterbody, the presence of bacteria, fungi, and other decomposer organisms increases. The presence of decomposer organisms and the decomposition process lowers the available oxygen in the water, impairing other aquatic organisms or, in severe cases, asphyxiating them.

50.     TSS is an indicator parameter that measures the presence of solids, or sediment, suspended in a water sample. Solids in scrap yard stormwater discharges are likely to include non-dissolved metal particles and contaminated soil. Even uncontaminated sediment destroys habitat, harms aquatic organisms, and can contribute to flooding. Sediment settles to the bottom of a river where it disrupts and smothers bottom feeding organisms. Sediment becomes suspended in water, where it harms and kills fish by clogging their gills, making it harder for them to breathe. Excessive sedimentation harms the entire food chain by destroying habitat and killing the smaller organisms on which larger ones depend. For example, sediment in the water column increases turbidity, reducing light penetration, decreasing the ability of plant communities to photosynthesize, preventing animals from seeing food, and reducing fish populations. In addition,

14

other pollutants, including toxic pollutants such as heavy metals, pesticides, and petroleum by-products, bind to sediment and can significantly impact water quality when carried by stormwater to rivers and other waterbodies.

51.     Ferrous scrap is metal that contains iron. Iron and steel (which contains iron) can be processed and re-melted repeatedly to form new objects. Ferrous scrap comes from sources such as mill scrap (from primary processing), used construction beams, plates, pipes, tubes, wiring, and shot, automotive scraps, railroad scrap and railcar scrap, and other miscellaneous scrap metal. Excessive concentrations of iron in the aquatic environment can cause oxidation of gill tissue, gill damage, anemia, and secondary bacterial and fungal infections in fish. Iron in the form of solid particulate matter can settle on the bottom of water bodies and destroy bottom-dwelling invertebrates, plants, or incubating fish eggs. Iron can also cause aesthetically objectionable conditions in water bodies by making the water appear rust colored.

## FIRST CAUSE OF ACTION

### Noncompliance with the Federal Stormwater Permit:
### Violations of Section 301(a) of the Federal Clean Water Act, 33 U.S.C. § 1311(a)

52.     The Commonwealth realleges and incorporates by reference the allegations contained in the above paragraphs.

53.     Framingham Salvage is a "person" within the meaning of Section 502(5) of the Clean Water Act, 33 U.S.C. § 1362(5).

54.     Beaver Dam Brook is considered "navigable waters" within the meaning of Section 502(7) of the Clean Water Act, 33 U.S.C. § 1362(7).

55.     Framingham Salvage has violated and continues to violate the Stormwater Permit at the Facility by failing to implement its requirements, as set forth in paragraph 43, above.

15

56.     Each of Framingham Salvage's violations of each of the requirements of the Stormwater Permit is a separate and distinct violation of Section 301(a) of the Act, 33 U.S.C. § 1311(a), for each day on which the violation occurred and/or continued. *See also* Section 505(a)(1) and (f), 33 U.S.C. §§ 1365(a)(1) and (f).

57.     These violations establish an ongoing pattern of failure to comply with the Stormwater Permit's requirements.

## RELIEF REQUESTED

WHEREFORE, the Commonwealth respectfully requests that this Court grant the following relief:

1.     Require Framingham Salvage to comply with EPA's federal Stormwater Permit;

2.     Order Framingham Salvage to pay civil penalties of up to $64,618 per day for each of the Company's prior violations. *See* 33 U.S.C. §§ 1365(a) and 1319(d); 40 C.F.R. §§ 19.4; 88 Fed. Reg. 989 (Jan. 6, 2023).

3.     Order Framingham Salvage to take appropriate actions to restore the quality of protected areas impaired by its activities;

4.     Award the Commonwealth's costs (including reasonable investigative, attorney, witness, and consultant fees) as authorized by the Act, 33 U.S.C. § 1365(d); and

5.     Award any such other and further relief as this Court may deem appropriate.

Dated: November 20, 2023

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS

By its attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

_____

Emily Mitchell Field (Bar No. 703726)
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
Tel: (617) 727-2207
Emily.Field@mass.gov

## **EXHIBIT A**

DAYS BETWEEN NOVEMBER 12, 2017, AND NOVEMBER 12, 2022, ON WHICH STORMWATER FROM FACILITY DISCHARGED INTO WATERS OF THE UNITED STATES

| Year | Month | Date |
|---|---|---|
| 2017 | November | 16, 22 |
| | December | 5, 6, 23 |
| | January | 12, 13, 23 |
| 2018 | February | 7, 11, 25 |
| | March | 2, 7, 8 |
| | April | 3, 16, 25, 27 |
| | May | 15, 20 |
| | June | 4, 18, 25, 28 |
| | July | 6, 17, 26 |
| | August | 7, 11, 18, 22 |
| | September | 10, 11, 18, 25, 26 |
| | October | 11, 27, 29 |
| | November | 2, 3, 6, 9, 13, 16, 19, 20, 26, 27 |
| | December | 2, 16, 21, 28 |
| | January | 24 |
| 2019 | February | 6, 12, 13, 21 |
| | March | 4, 10, 15, 22 |
| | April | 8, 15, 20, 22, 26, 27 |
| | May | 13, 28 |
| | June | 1, 11, 13, 29 |
| | July | 6, 11, 12, 23 |
| | August | 7, 21, 28 |
| | September | 2, 26, |
| | October | 2, 16, 17, 27 |
| | November | 7, 24, 27 |
| | December | 1, 9, 14, 17, 30 |
| | January | 18, 25 |
| 2020 | February | 6, 7, 13, 18, 27 |
| | March | 13, 19, 23, 29 |
| | April | 3, 9, 13, 18, 27 |
| | May | 1 |
| | June | 28 |
| | July | 2, 22, 23 |
| | August | 2, 29 |
| | September | 10, 30 |
| | October | 13, 16, 17, 29 |
| | November | 1, 15, 23, 26, 30 |
| | December | 5, 12, 25 |

| Year | Month | Date |
|------|-------|------|
| 2021 | January | 2, 16 |
| | February | 1, 7, 16 |
| | March | 18, 28 |
| | April | 1, 16, 29 |
| | May | 4, 5, 10, 26, 28, 29, 30 |
| | June | 12, 14, 15, 22, 29 |
| | July | 1, 2, 3, 6, 8, 9, 12, 18, 27 |
| | August | 5, 9, 19, 22, 23 |
| | September | 1, 2, 9, 16, 28 |
| | October | 4, 5, 25, 26, 30, 31 |
| | November | 12 |
| | December | 11, 18 |
| 2022 | January | 7, 17 |
| | February | 4, 7, 18, 22, 25 |
| | March | 12, 19, 24, 25 |
| | April | 1, 8, 9, 16, 19, 26 |
| | June | 8, 9, 27 |
| | July | 14 |
| | September | 5, 6, 19 |
| | October | 5, 13, 14 |
| | November | 11, 16, 27, 30 |
| | December | 7, 16, 22, 23 |
| 2023 | January | 3, 12, 19, 20, 23, 25, 26 |
| | February | 23, 28 |
| | March | 4, 13, 14 |
| | April | 1, 23, 30 |
| | May | 2, 20 |
| | June | 2, 9, 17, 28 |
| | July | 2, 3, 4, 10, 16, 21, 29 |
| | August | 8, 15, 18, 25, 30 |
| | September | 8, 10, 11, 13, 18, 29 |
| | October | 21, 29, 30 |